DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

OTIS MARTIN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1315

_____

September 3, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Polk County; Melissa Gravitt, Judge.

PER CURIAM.

Affirmed. *See* Ch. 2005-1, § 1, at 81, Laws of Fla.; Ch. 2004-4, § 1, at 87, Laws of Fla.; Ch. 77-266, § 1, at 1248, Laws of Fla.; *Santos v. State*, 380 So. 2d 1284 (Fla. 1980); *State v. Rothauser*, 934 So. 2d 17 (Fla. 2d DCA 2006); *Hinson v. State*, 57 So. 3d 865 (Fla. 1st DCA 2011); *McCutcheon v. State*, 44 So. 3d 156 (Fla. 4th

DCA 2010); *Brown v. State*, 10 So. 3d 1197 (Fla. 1st DCA 2009);

*Romano v. State*, 718 So. 2d 283 (Fla. 4th DCA 1998).

BLACK, SLEET, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.